IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TERENA BELL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No.: 1:16-CV-01051 |
| v. | ) |
| | ) |
| PARAGON LANGUAGE SERVICES, INC., | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF REMOVAL

**PLEASE TAKE NOTICE** that Defendant Paragon Language Services, Inc. ("Defendant") hereby removes to this Court the state court action described below:

1. On or about April 26, 2016, an action was commenced by Plaintiff in the Superior Court for the District of Columbia, entitled *Terena Bell v. Paragon Language Services, Inc.*, Case Number 2016 CA 003120 B.

2. As of the date of this Notice, Defendant has not been served. Pursuant to 28 U.S.C. § 1446(b), this notice has been timely filed. A copy of the Summons and Complaint received by upon Defendant in the District of Columbia Superior action are attached hereto and referred to collectively as "**Exhibit A**."

3. Plaintiff requests $120,890.42 in her Complaint.

4. Plaintiff alleges in her Complaint, and Defendant does not dispute, that Defendant's primary place of business is located in California, and therefore, Defendant is a citizen of California.

5.     Plaintiff's Complaint is contradictory and lists her address in the caption in New York and later states, she is a "resident and domiciliary of the District of Columbia;" regardless, she is a citizen of a jurisdiction different than the Defendant.

6.     This Court has diversity jurisdiction over this civil action under 28 U.S.C. § 1332, as the amount in controversy is exceeds $75,000 and the Parties are citizens of different jurisdictions.

7.     Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal is being served upon counsel for Plaintiff and a copy is being filed with the Clerk of the Superior Court of the District of Columbia. *See* Notice of Filing of Removal, Attached as **Exhibit B**.

Therefore, this matter may be removed to this Court by Defendant pursuant to provisions of 28 U.S.C. § 1441(b).

WHEREFORE, Defendant Paragon Language Services, Inc. prays that this action be removed to the United States District Court for the District of Columbia.

Dated: June 6, 2016                                 Respectfully submitted,


/s/ O'Kelly E. McWilliams
O'Kelly E. McWilliams III, Esq. (Bar No.448053)
Patrick K. Burns, Esq. (Bar No. 1005930)
GORDON & REES LLP
1300 I Street, NW, Suite 825
Washington, D.C. 20005
T: (202) 399-1009
F: (202) 800-2999
E: omcwilliams@gordonrees.com
E: pburns@gordonrees.com

*Counsel for Defendant Paragon Language Services*

**CERTIFICATE OF SERVICE**

      I CERTIFY that on this 6th day of June, 2016 a copy of the foregoing Notice of Removal was filed electronically with the United States District Court for the District of Columbia.

      I CERTIFY that on this 6th day of June, 2016 a copy of the foregoing Notice of Removal was mailed via first class mail, prepaid on the following:

John J. Yannone, Esquire
Matthew M. Davey
PRICE BENOWITZ, LLP
409 7th Street, NW, Suite 200
Washington, DC  20004
T: (202) 417-6000
F: (301) 244 6659
E: john@pricebenowitlaw.com
E: mdavey@pricebenowitzlaw.com

*Counsel for Plaintiff*

                                 /s/ O'Kelly E. McWilliams
                                 O'Kelly E. McWilliams III, Esq.